## United States District Court - Southern District of New York

```
------------------------------------------------------------
DEMOPOULOS ET, AL.                          ) Index No.: 08 CIV 5860
                                            )
                                            )
                                            )
                              Plaintiff     ) AFFIDAVIT OF SERVICE
                    v.                      )
ANCHOR TRANSIT CORP. a/k/a RELIABLE         )
TRANSIT CORP.                               )
                                            )
                              Defendant     )
------------------------------------------------------------
```

STATE OF New York: COUNTY OF New York     ss:

I, MARVIN COHEN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.   That on JULY 07, 2008 at 1:15 PM at 19-01 STEINWAY STREET, ASTORIA, NY 11105, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT on ANCHOR TRANSIT CORP. A/K/A RELIABLE TRANSIT CORP. therein named.

**CORPORATION/BUSINESS:**  by delivering thereat a true copy of each to GREG BUWEN personally, deponent knew said corporation/business so served to be that described in legal papers and knew said individual to be the DISPATCHER/AUTHORIZED AGENT thereof.

**DESCRIPTION:**  Deponent further states that the description of the person actually served is as follows:
Gender: Male     Race/Skin: White     Hair: Black     Glasses: No     Age: 30     Height: 6'0"     Weight: 170

**COMMENTS:** Recipient represented to me that he is authorized to accept service of process on behalf of Anchor Transit Corp. a/k/a Reliable Transit Corp.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

*[signature]*
Marvin Cohen, Lic. #0867318
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this ___10th___ day of ___July___, 2008.
*[signature]*
Notary Public
Christina O'Sullivan     My Commission Expires:  03-28-09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified In New York County
Commission Expires March 28, 2009