# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

Demopoulos et al., Trustees of the Local 553 Pension, Benefits, and Deferred compensation Trust Funds

V.

Anchor Transit Corp., a/k/a Reliable Transit Corp.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **08 CIV 5860**

TO: (Name and address of defendant)

Anchor Transit Corp., a/k/a Reliable Transit Corp.
19-01 Steinway Street
Astoria, NY  11105

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William K. Wolf, ESQ.
FRIEDMAN & WOLF
1500 BROADWAY, SUITE 2300
NEW YORK, NEW YORK 10036
212-354-4500

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

DATE  JUN 3 0 2008

(BY) DEPUTY CLERK

## United States District Court - Southern District of New York

---

| | |
|---|---|
| DEMOPOULOS ET, AL. | ) Index No.: 08 CIV 5860 |
| | ) |
| Plaintiff | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| ANCHOR TRANSIT CORP. a/k/a RELIABLE TRANSIT CORP. | ) |
| | ) |
| Defendant | ) |

---

STATE OF New York: COUNTY OF New York     ss:

I, MARVIN COHEN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York. That on JULY 07, 2008 at 1:15 PM at 19-01 STEINWAY STREET, ASTORIA, NY 11105, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT on ANCHOR TRANSIT CORP. A/K/A RELIABLE TRANSIT CORP. therein named.

**CORPORATION/BUSINESS:**  by delivering thereat a true copy of each to GREG BUWEN personally, deponent knew said corporation/business so served to be that described in legal papers and knew said individual to be the DISPATCHER/AUTHORIZED AGENT thereof.

**DESCRIPTION:**  Deponent further states that the description of the person actually served is as follows:
Gender: Male     Race/Skin: White     Hair: Black     Glasses: No     Age: 30     Height: 6'0"     Weight: 170

**COMMENTS:** Recipient represented to me that he is authorized to accept service of process on behalf of Anchor Transit Corp. a/k/a Reliable Transit Corp.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Marvin Cohen, Lic. #0867318
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this ___10th___ day of ___July___, 2008.

_____
Notary Public
Christina O'Sullivan

My Commission Expires: 03-28-09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified In New York County
Commission Expires March 28, 2009

---

ID: 08-004585

Client Reference: Demopoulos v. Anchor

Target Research LLC  •  20 Vesey Street, PH, New York, NY 10007  •  (212) 227-9600