UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEMOS P. DEMOPOULOS, JACK DRESCH,    *
JOSEPH LAFORGIA, MICHAEL N. ROMITA,   *
and STEVEN GOLDMAN, as Trustees and    *
Fiduciaries of the LOCAL 553 PENSION,    *
BENEFITS, and DEFERRED COMPENSATION   *
Trust Funds,                                           *   08-CV-5860 (VM)
                                                              *
                    Plaintiffs,                        *
                                                              *
        - against -                                    *
                                                              *
ANCHOR TRANSIT CORP. a/k/a RELIABLE    *
TRANSIT CORP.,                                    *
                                                              *
                    Defendant.                      *
------------------------------------------------------------X

## DECLARATION OF WILLIAM K. WOLF IN SUPPORT OF APPLICATION
## FOR CLERK'S CERTIFICATE OF DEFAULT

TO:    J. MICHAEL McMAHON, CLERK OF THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF NEW YORK

William K. Wolf, an attorney duly admitted to practice in the State of New York and in the federal courts for the Southern and Eastern Districts of New York, declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.    I am a member of the firm of Friedman & Wolf, attorneys for the Trustees and Fiduciaries of the Local 553 Pension, Benefits and Deferred Compensation Trust Funds, Plaintiffs in the above-entitled action. As such, I am fully familiar with all the facts and circumstances in this action.

2.    I make this affidavit pursuant to Rule 55.1 of the Local Civil Rules for the Southern District of New York and Rule 55 of the Federal Rules of Civil Procedure, in support

Author: EMCGEE  Document Number: 100866

of Plaintiff's application for a Certificate of Default against Anchor Transit Corp. a/k/a/ Reliable Transit Corp. ("Defendant").

3.  This action was commenced on June 30, 2008, by the filing of the Summons and Complaint. A copy of the Summons and Complaint was served by hand on Defendant on July 7, 2008. We filed the Summons and Proof of Service on July 21, 2008. Defendant has not filed an answer or otherwise moved with respect to the Complaint, although the time to answer or move has expired.

4.  Defendant is not an infant, in the military, or an incompetent person.

Accordingly, please enter the default of Defendant pursuant to Rule 55 of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend the above-captioned action.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Dated: New York, New York
August 8, 2008

William K. Wolf (WW-7906)

FRIEDMAN & WOLF
1500 Broadway, Suite 2300
New York, New York 10036
(212) 354-4500
wwolf@friedmanwolf.com

Attorneys for Plaintiffs

Author: EMCGEE Document Number: 100866

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| DEMOS P. DEMOPOULOS, JACK DRESCH, JOSEPH LAFORGIA, MICHAEL N. ROMITA, and STEVEN GOLDMAN, as Trustees and Fiduciaries of the LOCAL 553 PENSION, BENEFITS, and DEFERRED COMPENSATION TRUST FUNDS, | 08 CV 5860 (VM) |
| Plaintiffs, | |
| -against- | |
| ANCHOR TRANSIT CORP. a/k/a RELIABLE TRANSIT CORP., | |
| Defendant. | |

-------------------------------------------------------------------X

## CLERK'S CERTIFICATE OF DEFAULT

I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on June 30, 2008 with the filing of a Summons and Complaint. A copy of the Summons and Complaint was served by hand on Defendant Anchor Transit Corp. a/k/a Reliable Transit Corp. on July 7, 2008, and proof of such service was filed on July 21, 2008.

I further certify that the docket entries indicate that Defendant has not filed an answer or otherwise moved with respect to the Complaint herein, although the time to answer or move has expired. The default of Defendant is hereby noted.

Dated: New York, New York
       August ___, 2008

J. MICHAEL McMAHON
Clerk of the Court

By: _____
      Deputy Clerk

Author: EMCGEE Document Number: 100868

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DEMOS P. DEMOPOULOS, JACK DRESCH,   *
JOSEPH LAFORGIA, MICHAEL N. ROMITA,   *
and STEVEN GOLDMAN, as Trustees and   *
Fiduciaries of the LOCAL 553 PENSION,   *
BENEFITS, and DEFERRED COMPENSATION   *
TRUST FUNDS,   *       08 CV 5860 (VM)
  *
           Plaintiffs,   *
  *
    - against -   *
  *
ANCHOR TRANSIT CORP. a/k/a RELIABLE   *
TRANSIT CORP.,   *
  *
           Defendant.   *
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

       I, William K. Wolf, an attorney admitted to practice in the courts of the State of New York and in the federal district courts for the Southern and Eastern Districts of the State of New York, do hereby certify, under the penalties of perjury, that on August 8, 2008, I caused true and correct copies of the Clerk's Certificate of Default and the Declaration of William K. Wolf in Support of the Application for Clerk's Certificate of Default to be served by first class mail through the United States Post Office on:

                Anchor Transit Corp. a/k/a/
                Reliable Transit Corp.
                19-01 Steinway Street
                Astoria, New York 11105

Dated: New York, New York
       August 8, 2008

                                          William K. Wolf (WW-7906)