Ronald B. Goodman (RG6601)
Philip T. Simpson (PS9707)
ROBINSON BROG LEINWAND GREENE
 GENOVESE & GLUCK P.C.
Attorneys for Defendant
1345 Avenue of the Americas
New York, New York 10105-0143
(212) 603-6300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DEMOS P. DEMOPOULOS, JACK DRESCH,   :
JOSEPH LAFORGIA, MICHAEL N. ROMITA  :
and STEVEN GOLDMAN, as Trustees and :      Civil Action No.
Fiduciaries of the LOCAL 553 PENSION, :    08-CV-5860(VM)
BENEFITS, and DEFERRED COMPENSATION :      ECF Case
Trust Funds,                        :
                                    :      NOTICE OF APPEARANCE
              Plaintiffs,           :
      -against-                     :
                                    :
ANCHOR TRANSIT CORP. a/k/a RELIABLE :
TRANSIT CORP.,                      :
                                    :
              Defendant.            :
------------------------------------------------------------x

   PLEASE TAKE NOTICE that the defendant hereby appears in this action by its attorneys

Robinson Brog Leinwand Greene Genovese & Gluck P.C., and demands that copies of all

pleadings, notices, and other papers served or filed herein be served upon such attorneys.

Dated: New York, New York
       August 21, 2008

                                    ROBINSON BROG LEINWAND GREENE
                                      GENOVESE & GLUCK P.C.

                                    by: /s/ Philip T. Simpson
                                    Philip T. Simpson (PS9707)
                                    Attorneys for Defendant
                                    1345 Avenue of the Americas
                                    New York, New York 10105
                                    212.603.6300

{00400701.DOC;1}

To:    FRIEDMAN & WOLF
        Attorneys for Plaintiffs
        Attn: William K. Wolf
        1500 Broadway, Suite 2300
        New York, New York 10036
        212.354.4500
        wwolf@friedmanwolf.com

{00400701.DOC;1}