Ronald B. Goodman (RG6601)
Philip T. Simpson (PS9707)
ROBINSON BROG LEINWAND GREENE
 GENOVESE & GLUCK P.C.
Attorneys for Defendant
1345 Avenue of the Americas
New York, New York 10105-0143
(212) 603-6300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DEMOS P. DEMOPOULOS, JACK DRESCH,            :
JOSEPH LAFORGIA, MICHAEL N. ROMITA           :
and STEVEN GOLDMAN, as Trustees and          :   Civil Action No.
Fiduciaries of the LOCAL 553 PENSION,        :   08-CV-5860(VM)
BENEFITS, and DEFERRED COMPENSATION          :   ECF Case
Trust Funds,                                 :
                                             :   RULE 7.1 STATEMENT
                    Plaintiffs,              :
       -against-                             :
                                             :
ANCHOR TRANSIT CORP. a/k/a RELIABLE          :
TRANSIT CORP.,                               :
                                             :
                    Defendant.               :
------------------------------------------------------------x

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that Defendant Anchor Transit Corp. a/k/a Reliable Transit Corp., does not have any corporate parents, subsidiaries, or affiliates which are publicly held, nor does any publicly held corporation own 10 percent or more of its stock.

{00400701.DOC;1}

Dated: New York, New York
       August 21, 2008

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.

by: /s/ Philip T. Simpson
Philip T. Simpson (PS9707)
Attorneys for Defendant
1345 Avenue of the Americas
New York, New York 10105
212.603.6300

To:   FRIEDMAN & WOLF
Attorneys for Plaintiffs
Attn: William K. Wolf
1500 Broadway, Suite 2300
New York, New York 10036
212.354.4500
wwolf@friedmanwolf.com

{00400701.DOC;1}