*Marrero, J*

Ronald B. Goodman (RG6601)
Philip T. Simpson (PS9707)
ROBINSON BROG LEINWAND GREENE
  GENOVESE & GLUCK P.C.
Attorneys for Defendant
1345 Avenue of the Americas
New York, New York 10105-0143
(212) 603-6300

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-25-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DEMOS P. DEMOPOULOS, JACK DRESCH, :
JOSEPH LAFORGIA, MICHAEL N. ROMITA :
and STEVEN GOLDMAN, as Trustees and :   Civil Action No.
Fiduciaries of the LOCAL 553 PENSION, :   08-CV-5860(VM)
BENEFITS, and DEFERRED COMPENSATION :   ECF Case
Trust Funds, :
: STIPULATION EXTENDING
                    Plaintiffs, :   TIME TO ANSWER
        -against- :
:
ANCHOR TRANSIT CORP. a/k/a RELIABLE :
TRANSIT CORP., :
:
                    Defendant. :
-----------------------------------------------------------x

It is hereby stipulated and agreed that the time within which defendant Anchor Transit Corp. a/k/a Reliable Transit Corp. may answer or otherwise respond to the complaint in this action is extended to the 22nd day of August, 2008.

Dated: New York, New York
       August 13, 2008

FRIEDMAN & WOLF

by: /s/ William K. Wolf
William K. Wolf (WW-7906)
Attorney for Plaintiffs
1500 Broadway, Suite 2300
New York, New York 10036
(212) 354-4500

ROBINSON BROG LEINWAND GREENE
  GENOVESE & GLUCK P.C.

by: /s/ Philip T. Simpson
Philip T. Simpson (PS 9707)
Attorneys for Defendant
1345 Avenue of the Americas
New York, New York 10105
(212) 603-6300

{00399621.DOC;1}

SO ORDERED:

8-24-08
DATE   VICTOR MARRERO, U.S.D.J.