UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DEMOS P. DEMOPOULOS, JACK DRESCH,  *
JOSEPH LAFORGIA, MICHAEL N. ROMITA,  *
and STEVEN GOLDMAN, as Trustees and  *
Fiduciaries of the LOCAL 553 PENSION,  *
BENEFITS, and DEFERRED COMPENSATION  *
Trust Funds,  *        08-CV-5860 (VM)
  *
                    Plaintiffs,  *
  *
         - against -  *
  *
ANCHOR TRANSIT CORP. a/k/a RELIABLE  *
TRANSIT CORP.,  *
  *
                    Defendant.  *
------------------------------------------------------------------X


**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Erin V. McGee, Esq., an attorney with Friedman &
Wolf, with offices located at 1500 Broadway, Suite 2300, New York, New York 10036, hereby
appears in the above-captioned proceeding as one of the attorneys for Plaintiffs, and requests that all
notices and papers issued or required to be issued in this case and all papers served or required to be
served in this case be issued to and served upon the undersigned along with the lead attorney
William K. Wolf at the following address.

Dated:  September 5, 2008
        New York, New York

                                                        /s/
                                        _____
                                        Erin McGee (EM-0814)

                                        FRIEDMAN & WOLF
                                        1500 Broadway, Suite 2300
                                        New York, New York 10036
                                        (212) 354-4500
                                        emcgee@friedmanwolf.com

                                        Attorneys for Plaintiffs